```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
    :
NATALIA MAZZUCHELLI,    :
    :
                        Plaintiff,    :    1:23-cv-7885-GHW
    :
    -against-    :
    :    ORDER
IMMUTABLE PTY LTD, *and* LIGHTSOURCE    :
GLOBAL,    :
    :
                      Defendants.    :
    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    In the Court's order dated September 7, 2023, counsel was directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 7. Pursuant to the Court's Individual Rule 2(E), pre-motion submissions are required for motions to dismiss. Defendant did not file a pre-motion submission before filing a motion to dismiss on November 1, 2023. Dkt. No. 15. Accordingly, that motion is denied without prejudice. If Defendant wishes to renew its motion at a later date, it is directed to do so in compliance with the Court's Individual Rule 2(E).

    SO ORDERED.

Dated: November 1, 2023                      _____
New York, New York                           GREGORY H. WOODS
                                                       United States District Judge