UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA MAZZUCHELLI,<br><br>                    Plaintiff,<br><br>         v.<br><br>IMMUTABLE PTY. LTD and<br>LIGHTSOURCE GLOBAL,<br><br>                    Defendants. | Case No. 23-cv-07885-NSR<br><br>NOTICE OF MOTION FOR JUDGMENT<br>ON THE PLEADINGS |

**PLEASE TAKE NOTICE** that the undersigned, as attorneys for the Defendant Lightsource Global ("Lightsource") hereby move, under Federal Rule of Civil Procedure 12(c) for judgment on the pleadings dismissing all claims asserted against Lightsource in the Second Amended Complaint filed by Plaintiff Natalia Mazzuchelli, and granting such other and further relief as the Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Lightsource relies upon the Memorandum of Law in Support of Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c), submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, under Local Rule of Civil Procedure 6.1(b) of the United States District for the Southern District of New York, Lightsource intends to file and serve reply papers per the Court's scheduling Order dated January 24, 2025.

Dated: New York, New York
       March 10, 2025

**FISHER & PHILLIPS LLP**

By: *s/David B. Lichtenberg*
_____
DAVID B. LICHTENBERG, ESQ.
400 Connell Drive
Suite 4000
Berkley Heights, New Jersey 07922
Phone: (908) 516-1050
Fax: (908) 516-1051

The New York Times Building
620 Eighth Avenue | Suite 3650
New York, NY 10018
Phone: (212) 899-9960
Fax: (212) 956-1971
E-Mail: dlichtenberg@fisherphillips.com
*Attorneys for Defendant Lightsource Global*