UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAZZUCHELLI,

                Plaintiff(s),

- against -

IMMUTABLE PTY LTD et al.,

                Defendant(s).
------------------------------------------------------------X

**ORDER**

23 Civ. 7885 (NSR)

Nelson S. Román, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is

    ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

    The motions at ECF Nos. 71 and 85 are both DENIED as moot in light of the settlement. The Clerk of Court is requested to terminate the motions at ECF Nos. 71 and 85 and to cancel the Status Teleconference scheduled for February 12, 2026.

SO ORDERED.

Dated:     White Plains, New York
            September 19, 2025

                                                          Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2025